UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 14, 2016
DCO-028

No. 16-3498

UNITED STATES OF AMERICA

v.

KIRTISH PATEL,
Appellant

(D.N.J. No. 2-15-cr-00593-001)

Present: CHAGARES, VANASKIE and KRAUSE, Circuit Judges

    1. Motion by Appellee to Enforce Appellate Waiver and for Summary Affirmance;

    2. Response by Appellant to Motion to Enforce Appellate Waiver and for Summary Affirmance;

    3. Reply by Appellee to Response to Motion to Enforce Appellate Waiver and for Summary Affirmance.

                    Respectfully,
                    Clerk/mlr

_____ORDER_____

The foregoing motion is hereby granted.

                    By the Court,

                    s/Michael A. Chagares
                    Circuit Judge

Dated: December 27, 2016
CLW/MLR/cc: Mark E. Coyne, Esq.
          John F. Romano, Esq.
        Anthony J. Fusco, Jr., Esq.
        Peter Goldberger, Esq.